UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**RODNEY ORR**,

Plaintiff,

v.

**TRACY SELVES; MARK NOOTH; DARIN CHRISTOFFERSON; COLETTE PETERS; JOE CAPPS; UNIT OFFICER JACOBY; UNIT OFFICER MILLER; UNIT OFFICER DOHERTY; UNIT OFFICER MOORE; OFFICER HANNON; COUNSELOR LINDA; UNIT OFFICER FRETAG; UNIT OFFICER CAROL; COUNSELOR CHIP; DR. MATSANAGA**,

Defendants.

Civil Case No. 6:12-CV-01273-KI

JUDGMENT

Page 1 - JUDGMENT

Rodney Orr, #7850955
Oregon State Penitentiary
2605 State Street
Salem, Oregon  97310-1346

       Pro Se Plaintiff

Ellen F. Rosenblum
Attorney General
Robert E. Sullivan
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

       Attorneys for Defendants


KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

    Dated this    7th    day of January, 2014.


                         /s/ Garr M. King
                        Garr M. King
                        United States District Judge